

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Roy A. Haack | Case No.: _____15-21669_____<br><br>Chapter: _____13_____<br><br>Judge: _____CMG_____ |

**ORDER RESPECTING**
**AMENDMENT TO SCHEDULE D, E/F, F, G, H**
**OR LIST OF CREDITORS**

The relief set forth on the following page is **ORDERED**.

Date: June 29, 2016                              /s/ Christine M Gravelle
                                                 Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ____D,E/F____ or to the List of Creditors on ____June 27, 2016____ that:

- ☐ Deletes a creditor or creditors
- ☒ Modifies a previously listed creditor or creditor information
- ☒ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1.  A copy of the applicable *Notice of Chapter* ___13___ *Bankruptcy Case,* and

2.  In a Chapter 11 case:
    a)  a copy of the last modified plan and disclosure statement, if any, and
    b)  a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.  In a Chapter 12 or Chapter 13 case:
    a)  a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
    b)  a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service,* certifying compliance with the above requirements.

*rev.12/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Roy A. Haack  
    Debtor

Case No. 15-21669-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 29, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2016.  
db          +Roy A. Haack,    181 Pengel Lane,    Cliffwood, NJ 07721-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2016 at the address(es) listed below:

         Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    Capital One, N.A. bankruptcynotice@zuckergoldberg.com,    dcarlon@zuckergoldberg.com  
         John C. Feggeler     on behalf of Debtor Roy A. Haack feggelerlaw@verizon.net  
         Joshua I. Goldman     on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com

                                                                                                       TOTAL: 5