| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**NOTICE OF FAILURE TO FILE SUPPLEMENTAL
DOCUMENTS CONCERNING SCHEDULES**

TO: _____

This will confirm that on _____ the following document(s) was filed by you.

☐ Amendment to Schedule(s) _____,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐ A Declaration About an Individual Debtor's Schedules

☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors

☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: _____    James J. Waldron, Clerk

*new.12.1.15*