UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Roy A. Haack

Case No.: 15-21669

Chapter: 7

Judge: CMG

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: John Feggeler

This will confirm that on September 15, 2016 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) I & J,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ A Declaration About an Individual Debtor's Schedules
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: September 16, 2016                James J. Waldron, Clerk

*new.12.1.15*

United States Bankruptcy Court
District of New Jersey

In re:  
Roy A. Haack  
    Debtor

Case No. 15-21669-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Sep 16, 2016 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
db          +Roy A. Haack,   181 Pengel Lane,   Cliffwood, NJ 07721-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
      Denise E. Carlon    on behalf of Creditor    Capital One, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      John C. Feggeler    on behalf of Debtor Roy A. Haack feggelerlaw@verizon.net
      Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                                  TOTAL: 5