UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Roy A. Haack

Case No.: _____15-21669_____

Chapter: _____7_____

Judge: _____CMG_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: _John Feggeler_____

This will confirm that on _____September 20, 2016_____ the following document(s) was filed by you.

☒ Amendment to Schedule(s) _I & J_____,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: _September 22, 2016_____         James J. Waldron, Clerk

*rev.9/13/16*

United States Bankruptcy Court
District of New Jersey

In re:
Roy A. Haack
      Debtor

Case No. 15-21669-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 1       Date Rcvd: Sep 22, 2016
                  Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2016.
db            +Roy A. Haack,    181 Pengel Lane,    Cliffwood, NJ 07721-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
       Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
       Barry Frost   trustee@teichgroh.com,   NJ94@ecfcbis.com
       Denise E. Carlon   on behalf of Creditor   Capital One, N.A. bankruptcynotice@zuckergoldberg.com,
       bkgroup@kmllawgroup.com
       John C. Feggeler   on behalf of Debtor Roy A. Haack feggelerlaw@verizon.net
       Joshua I. Goldman   on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
                                                   TOTAL: 5