UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Roy A. Haack

Case No.: 15-21669
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 10/21/16, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on November 22, 2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 181 Pengel Lane, Cliffwood, NJ - $215,000

Liens on property: $372,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-21669-CMG
Roy A. Haack                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Oct 21, 2016
                              Form ID: pdf905          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
```
db              +Roy A. Haack,    181 Pengel Lane,    Cliffwood, NJ 07721-1144
515580042       +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
515742143        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515580043      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    P.O. Box 982235,    El Paso, TX  79998-2235)
515702567       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516264992       +Cabela WFB,    Worlds Foremost Bank,    4800 NW 1st St 300,    Lincoln, NE 68521-4463
516265013       +Cabela's WFB,    World's Foremost Bank,    4800 NW 1 Street, 300,    Lincoln, NE 68521-4463
515580045        Capital One,    Bankruptcy Dept.,    P.O.Box 30285,    Salt Lake City, UT  84130-0285
515786529        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516264993       +Capital One Best Buy,    POB 30253,    Salt Lake City, UT 84130-0253
515580046        Capital One Financial Corp. 360,    P.O. Box 105385,    Atlanta, GA  30348-5385
515801662        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515742212       +Capital One, N.A.,    P.O. Box 21887,    Eagan, MN 55121-0887
515580048        Cavalry SPV I, LLC Assignee HSBC Bank,    C/O Vision Financial Corp.,    P.O. Box 7477,
                 Rockford, IL  61126-7477
515580049       +Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
515580050       +Chase Card Services,    P.O. Box 15298,    WIlmington, DE 19850-5298
515580051        Chase Mortgage,    P.O. Box 24696-24696,    Columbus, OH  43224
515580052       +Chase/Best Buy,    PO Box 15298,    Wilmington, DE 19850-5298
515580053       +Children's Place/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
515580054       +CitiBank/Sears,    P.O. Box 6282,    Sioux  Falls, SD 57117-6282
515580057        Government Of The US Virgin Islands,    Tax Assesor's Office,    5049 Kongens Gade, #18,
                 Charlotte Amalis, St. Th, VI  00802-6487
515580058        HSBC Bank,    PO Box 99,    Buffalo, NY  14240
515607199       +MIDLAND CREDIT MANAGEMENT INC AS AGENT FOR,    MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN  MI 48090-2011
515580062       +Marriott Ownership Resorts, St. Thomas,    C/O Duensing, Casner & Fitsimmons,    P.O. Box 6785,
                 St. Thomas, VI 00804-6785
515580064       +Monmouth County Special Civil Part,    DC-000761-13,    71 Monument Park,
                 Freehold, NJ 07728-1747
515963197       +New Century Financial Services, Inc.,    successor in interest to US Bank-Bed Bat,
                 c/o Pressler and Pressler, LLP.,    7 Entin Road,    Parsippany NJ 07054-5020
516264994       +TD Bank USA Target,    POB 673,    Minneapolis, MN 55440-0673
515580072        THD/CBSD,    PO Box 6497,    Sioux Falls, SD  57117-6497
515580073       +Toyota FSB,    P.O. Box 108,    St. Louis, MO 63166-0108
515580074      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank RMS CC,    205 West 4th Street,    Cincinnati, OH  45202)
515607331       +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls  SD 57104-0422
515747945        Wells Fargo Bank, NA Trustee (See B10),    c/o Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555 700 Kansas Lane,    Monroe, LA 71203
515580075        Wells Fargo Education,    P.O. Box 5185,    Sioux Falls, SD  57117-5185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 21 2016 23:33:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 21 2016 23:33:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr               E-mail/Text: cio.bncmail@irs.gov Oct 21 2016 23:33:08      IRS Department of Treasury,
                 955 S. Springfield Ave,    Bldg A,    Springfield, NJ  07081
515580041       +E-mail/Text: jhernandez@trafgroup.org Oct 21 2016 23:34:25      A-1 Collection Service,
                 101 Grovers Mill Road,    Lawrenceville, NJ 08648-4706
515616140       +E-mail/Text: ebn@squaretwofinancial.com Oct 21 2016 23:34:04      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
515580044       +E-mail/Text: ebn@squaretwofinancial.com Oct 21 2016 23:34:04      Cach, LLC,
                 4340 S. Monaco, 2nd Floor,    Denver, CO 80237-3485
515955936       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 21 2016 23:41:26      Capital One N.A,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
515580047       +E-mail/Text: bankruptcy@cavps.com Oct 21 2016 23:33:57      Cavalry Portfolio Services,
                 500 Summit Lake Drive Ste 400,    Valhalla, NY 10595-2322
515722343       +E-mail/Text: bankruptcy@cavps.com Oct 21 2016 23:33:57      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515580056        E-mail/Text: mrdiscen@discover.com Oct 21 2016 23:32:50      Discover Financial Services,
                 Customer Service,    P.O. Box 30943,    Salt Lake City, UT  84130-0943
515590527        E-mail/Text: mrdiscen@discover.com Oct 21 2016 23:32:50      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515580059       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 21 2016 23:33:49      Key Bank, USA,
                 Client Services,    4910 Tiedeman Road,    Cleveland, OH 44144-2338
515807001       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 21 2016 23:33:50
                 KeyBank National Association,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
515580061       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 21 2016 23:32:58      Kohl's Department Store,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Oct 21, 2016
                              Form ID: pdf905          Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515580060         E-mail/Text: bnckohlsnotices@becket-lee.com Oct 21 2016 23:32:58     Kohl's Department Store,
                    P.O. Box 3043,    Milwaukee, WI  53201-3043
515580063        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 21 2016 23:33:33     Midland MCM,
                    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
515800207         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2016 00:00:37
                    Portfolio Recovery Associates, LLC,    c/o Ikea,    POB 41067,    Norfolk VA 23541
515805912         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2016 23:42:05
                    Portfolio Recovery Associates, LLC,    c/o Pc Richards,    POB 41067,    Norfolk VA 23541
515782223         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2016 00:00:54
                    Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
515805910         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2016 00:09:03
                    Portfolio Recovery Associates, LLC,    c/o Target,    POB 41067,    Norfolk VA 23541
515736318         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2016 23:42:05
                    Portfolio Recovery Associates, LLC,    c/o Victoria's Secret,    POB 41067,    Norfolk VA 23541
515580066        +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2016 23:42:16      SYNCB/Amex,    P.O. Box 965005,
                    Orlando, FL 32896-5005
515580067        +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2016 23:41:49      SYNCB/IKEA North America,
                    P.O. Box 965005,    Orlando, FL 32896-5005
515580068        +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2016 23:42:14      SYNCB/Old Navy,    P.O. Box 965005,
                    Orlando, FL 32896-5005
515580069        +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2016 23:42:15      SYNCB/P.C. Richard's,
                    P.O. Box 965036,    Orlando, FL 32896-5036
515580070        +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2016 23:42:16      Synchrony Bank/Lowe's,
                    P.O. Box 956005,    Orlando, FL 32896-0001
515580076        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 21 2016 23:33:31     World Bank,
                    C/O Asset Acceptance, LLC,    P.O. Box 1630,    Warren, MI 48090-1630
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516320035*       +Capital One N.A.,   c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
515801663*        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
516265014*       +Capital One/Best Buy,    PO Box 30253,    Salt Lake City, UT 84130-0253
515580055*        Department Of The Treasury,    Internal Revenue Service,    Andover, MA  01810-9041
516133518*       +IRS,    POB 7346,   Philadelphia, PA 19101-7346
515631271*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516265015*       +TD Bank USA/Target,    PO Box 673,    Minneapolis, MN 55440-0673
515580065       ##+Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
515580071       ##+Target Card Services,    C/O Portfolio Recovery,    287 Independence,
                    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Capital One, N.A. bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              John C. Feggeler    on behalf of Debtor Roy A. Haack feggelerlaw@verizon.net

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 21, 2016
                              Form ID: pdf905          Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                            TOTAL: 5