UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: __15-21669__
Roy A. Haack  :
Norma I. Haack  :  Chapter: __7__
 :
Debtor(s)  :  Judge: __Gravelle__
 :

# CERTIFICATION OF NO OBJECTION

I hereby certify that there have been no objections filed relative to the following Notice of :

☑ Abandonment

❏ Public Sale

❏ Private Sale

❏ Settlement of Controversy

❏ Auctioneer Compensation

Description of Property (if applicable):
181 Pengel Lane, Cliffwood, NJ

Date: __11/15/2016__    JAMES J. WALDRON, Clerk

*Last revised: 1/14/10*